JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MALIHE KIANI, et al., | Case No. 8:24-cv-00422-JDE |
| Plaintiffs, | JUDGMENT |
| v. | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES | |
| Defendants. | |

Pursuant to the Order Granting Defendant's Motion For Summary Judgment,

IT IS ORDERED THAT Judgment is entered in favor of Defendant and the Clerk's Office is directed to close this case.

Dated: December 05, 2024

JOHN D. EARLY
United States Magistrate Judge